IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DOUGLAS EDWARD CRUTCHLEY, SR., )
)
    Plaintiff, )
)
v. ) CV 114-126
)
SOCIAL SECURITY ADMINISTRATION, )
)
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2), **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA